# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES BOWIE

VERSUS

KNIGHT TRANSPORTATION, INC.
AND SEDGWICK

NO.   2025 CW 0285

**JUNE 16, 2025**

---

In Re:   Knight Transportation, Inc. and Sedgwick, applying for supervisory writs, Office of Workers' Compensation, District 06, No. 24-02798.

---

BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**WRIT NOT CONSIDERED.** This writ application failed to comply with Rule 4-5 of the Uniform Rules of Louisiana Courts of Appeal, as it failed to include a copy of pertinent court minutes. In addition, this court requires a copy of the transcript of the pertinent hearing.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before July 16, 2025, and must contain a copy of this ruling.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT